IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS CUVA, et al.,

      Plaintiffs,                            No. CIV S-11-1400 KJM EFB (TEMP) PS

      vs.

WELLS FARGO BANK, N.A., et al.,

                                      <u>ORDER AND</u>

      Defendants.                        <u>ORDER TO SHOW CAUSE</u>

/

      This case, in which plaintiffs are proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On May 27, 2011, defendant Wells Fargo Bank, N.A., filed a motion to dismiss and motion to strike. Dckt. Nos. 7, 8.

      Court records reflect that plaintiffs have filed neither an opposition nor a statement of non-opposition to defendant's motions. Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by June 29, 2011. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

1

1    Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on defendant's motions to dismiss and to strike, Dckt. Nos. 7 and 8, is continued to August 17, 2011.

2. Plaintiffs shall show cause, in writing, no later than August 3, 2011, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motions.

3. Plaintiffs shall file an opposition to the motions, or a statement of non-opposition thereto, no later than August 3, 2011.

4. Failure of plaintiffs to file an opposition will be deemed a statement of non-opposition to the pending motions, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

5. Defendants may file a reply to plaintiffs' opposition(s), if any, on or before August 10, 2011.

DATED: July 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE